| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE SUPERIOR COURT |
| | ) SS: | |
| **COUNTY OF MARION** | ) | OF MARION COUNTY |

**Kevin D. Hamlet,**
    Plaintiff/In Propria persona, Sui Juris

      **vs.**           CASE/FILE NO.: 49D03-1909-CT-036836
                          Re: Tort claim: Hamlet, Kevin 19-T-785

**STATE OF INDIANA and Tort-Feasors/Contractors:**
Marion County Sheriff's Department, John Layton, and/or his successor
Marion Co. Sheriff Forrestal,
Corrections Care Solution, Book-In Nurse Debra Clemons,
City of Indianapolis, Mayor Elected Joe Hogsett in their personal/
Private and Official capacities:

Marion County Elected Sheriff John Layton and his Successor
Sheriff Forrestal; Marion Co. Deputy Sheriff Schulze;
Deputy Sheriff Ronan
40 South Alabama Street
Indianapolis, In. 46204



FILED
SEP 05 2019
Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

Corrections Care Solutions, Book-In Nurse Debra Clemmons
40 South Alabama St.
Indianapolis, In. 46204

City of Indianapolis, In. – Joe Hogsett d/b/a/ Mayor
City- County Bldg. 27th Floor Rm. 2501
200 East Washington St.
Indianapolis, IN. 46204
                **Defendants et. al.**

                A.    PARTIES

    1.    Plaintiff is a citizen of the United States of America and State of Indiana, and is

located at: Putnamville Correctional Facility; 1946 West U.S. 40; Greencastle, IN. 46135



EXHIBIT A

2. Defendant: **Marion County Sheriff's Department, John Layton, and/or his successor Marion Co. Sheriff Forrestal,**
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of State of Indiana

(State, if known)

and (if a person) resides at Marion Co. Jail 40 South Alabama St. Indianapolis, In. 46204.

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Marion Co. Sheriff's Department; 40 S. Alabama St. Indianapolis, IN. 46204

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

3. Defendant: **Marion Co. Deputy Sheriff Schulze**

Complaint – 2

is (if a person or private corporation) a citizen of State of Indiana

(State, if known)

and (if a person) resides at Marion Co. Jail 40 South Alabama St. Indianapolis, In. 46204.

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Marion Co. Sheriff's Department; 40 S. Alabama St. Indianapolis, IN. 46204

(Employer's name and address, if known)

4. Defendant: **Marion Co. Deputy Sheriff Ronan**

Complaint – 3
is (if a person or private corporation) a citizen of State of Indiana

(State, if known)

and (if a person) resides at Marion Co. Jail 40 South Alabama St. Indianapolis, In. 46204.

(Address, if known)

and (if the defendant harmed you while doing the defendant's job) worked for Marion Co.

Sheriff's Department; 40 S. Alabama St. Indianapolis, IN. 46204

(Employer's name and address, if known)

5. Defendant: **Corrections Care Solutions, Book-In Nurse Debra Clemmons**

Complaint – 4

is (if a person or private corporation) a citizen of State of Indiana

(State, if known)

and (if a person) resides at Marion Co. Jail 40 South Alabama St. Indianapolis, In. 46204.

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Marion Co. Sheriff's Department; 40 S. Alabama St. Indianapolis, IN. 46204

(Employer's name and address, if known)

6. Defendant: **City of Indianapolis, In. – Joe Hogsett d/b/a/ Mayor**

Complaint – 5

is (if a person or private corporation) a citizen of State of Indiana

(State, if known)

and (if a person) resides at . **City- County Bldg. 27th Floor Rm. 2501; 200 East Washington St.; Indianapolis, IN. 46204**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for City of Indianapolis; located at: **City- County Bldg. 27th Floor Rm. 2501; 200 East Washington St.; Indianapolis, IN. 46204**
(Employer's name and address, if known)

7. Defendant: **City of Indianapolis**

Complaint – 6

is (if a person or private corporation) a Corporation in the State of Indiana, County of Marion

and is a municipality and the address and or Corporation Counsel is . **City- County Bldg.; 200 East Washington St, Room 1601; Indianapolis, IN. 46204**

B.     STATEMENT OF CLAIM

On December 10th, 2018, at approx. 11:30 a.m.; while in the custody and control of the Marion County Sheriff's Department (MCSD) Deputy Schulze, Plaintiff was being transported in a "CERT" issued "Paddy Wagon," from the Indiana State Prison (ISP), enroute to the Westville Correctional Facility (WCF) to drop-off another prisoner returning from Court in Indianapolis. Plaintiff was restrained in shackles and leg chains, having no ability to hold himself from being thrown around inside of a metal cage that has no seatbelts or other safety restraints travelling over state highways.

While travelling at a high rate of speed, Deputy Schulze was using (talking and texting his family involving a vacation or trip) his "personal phone" while driving. While approaching SR 421 @ 600 W. Deputy Schulze slams on his brakes, trying to avoid running a "red-light" or worse, due to his reckless driving, Plaintiff was thrown from the back of the van towards the front, injuring his right front from trying to brace himself from the force, and his right wrist by holding the metal wall separating him and the other passenger. The transport van used held a strap bolted to the back seat, but, due to Plaintiff being restrained on his front, he was unable to grab the strap to hold on.

After repeatedly screaming in pain, Deputy Schulze says he will stop at the facility which was right up the road. At WCF, Plaintiff was moved from the back compartment to the middle because of his swollen foot.

Upon arriving to the MCJ around 6:00 p.m., Defendant Deputy Schulze informed Book-In Nurse Debra Clemons, who only gave a cursory look at Plaintiff's injuries from behind her desk in Book-in, which was over 15 feet from the bench Plaintiff was sitting on. Nurse Clemons filled-out Plaintiff's information and sent an e-mail to the medical department. Two (2) days later, Plaintiff was called to the medical department and saw a Nurse Practitioner who ordered meds and an X-ray, but before any treatment was provided, Plaintiff was returned to IDOC/ISP.

While in the IDOC, Plaintiff has learned he has muscular damage in his right wrist and a piece of small bone ("chip") is in his right foot. The above listed injuries occurred due to the reckless and careless driving of Deputy Schulze, who should have known that driving over a 100 miles to transport IDOC prisoners to the jail, a CERT van was not the appropriate vehicle. Marion County Sheriff John Layton (and his successor Sheriff Forrestal) should have known that County vehicles used to transport prisoners over highways were unsafe, since it is Indiana and Federal law

that ALL vehicles must have safety restraints. Further Defendants Sheriff J. Layton and his successor Sheriff Forrestal are Respondent Superior for Deputy Sheriff Schulze.

Plaintiff filed a grievance while in the MCJ, and Defendant Dep. Sheriff Ronan responded neglecting to properly investigate Plaintiff's claim.

Defendants Mayor Joe Hogsett and the City of Indianapolis, are the Chief Officer and Administrator for the Marion County Sheriff's Dept. and County of Marion, and hold fiscal responsibility for the MCSD, and ultimately Deputy Schulze. Plaintiff filed his Notice of Tort with the City of Indianapolis, who failed to accept responsibility for the negligence of Deputy Schulze, and the MCSD are still using unsafe transport vans to transport State prisoner back-and-forth to Indianapolis for Court appearances. The MCSD, at one time had appropriate vehicles, but have chosen to use unsafe vehicles thus violating Plaintiff's and numerous other individuals' 8th Amendment rights to U.S. Constitution for Cruel and Unusual Punishment and treatment. Defendant Debra Clemons also failed to provide adequate care while Plaintiff was on the custody of the MCJ.

Complaint – 3

C. JURISDICTION


I am suing for a violation of federal law under U.S.C. § 1331.


I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$150,000.

D. RELIEF WANTED

> Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff seeks compensatory and punitive damages in the amount of $150,000 for the physical injuries and cruel and unusual punishment by the defendants and the deprivation of his rights. Plaintiff also seeks that the Marion County Sheriff's Department cease transporting prisoners in unsafe vehicles (as the CERT vans) and to properly train the MCSD Deputies how to drive safely while transporting prisoners.

Complaint — 4

E. **JURY DEMAND**

☒ Jury Demand — I want a jury to hear my case

OR

☐ Court Trial — I want a judge to hear my case
Dated this ____ day of _____ 2019.

Respectfully Submitted,

_____
Signature of Plaintiff


392772
_____
Plaintiff's Prisoner ID Number

Putnamville Correctional Facility; 1946 West U.S. 40; Greencastle, IN. 46135

**REQUEST TO PROCEED IN MARION COUNTY COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the Marion County court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint — 5